**FOR PUBLICATION**

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

JOSEPH CRISTOPHER YOUNG, aka
Joseph Christopher Young,
*Petitioner,*

v.

ERIC H. HOLDER JR., Attorney
General,
*Respondent.*

No. 07-70949

Agency No.
A035-029-889

ORDER

Filed July 29, 2011

---

**ORDER**

KOZINSKI, Chief Judge:

Upon the vote of a majority of nonrecused active judges, it is ordered that this case be reheard en banc pursuant to Circuit Rule 35-3. The three-judge panel opinion shall not be cited as precedent by or to any court of the Ninth Circuit.

Judge Bybee did not participate in the deliberations or vote in this case.